| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-04716-AB-KS<br><br>Honorable André Birotte Jr.<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT BDG MEDIA, INC.** |

**JUDGMENT**

# [~~PROPOSED~~] JUDGMENT

This Court, having granted the Motion brought by Defendant BDG Media, Inc. ("BDG") to dismiss Plaintiff Michael Grecco Productions, Inc.'s ("Plaintiff") First Amended Complaint ("FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

IT IS NOW, THEREFORE, HEREBY ORDRED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff shall recover nothing from Defendant BDG by way of his First Amended Complaint;
2. Defendant BDG shall have judgment in its favor; and
3. This action shall be, and hereby is, dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

DATED: March 16, 2020   _____
Hon. André Birotte Jr.
United States District Judge