1   ELEANOR M. LACKMAN (SBN 298594)
       eml@msk.com
2   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
3   Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
4   Facsimile: (310) 312-3100

5   Attorneys for Defendant
    BDG Media, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  MICHAEL GRECCO                    CASE NO. 2:19-cv-04716-AB-KS
    PRODUCTIONS, INC. d/b/a
12  MICHAEL GRECCO                    Honorable André Birotte Jr.
    PHOTOGRAPHY, INC.,
13                                    **DECLARATION OF ELEANOR M.**
              Plaintiff,              **LACKMAN IN SUPPORT OF BDG**
14                                    **MEDIA INC.'S APPLICATION TO**
         v.                           **THE CLERK TO TAX COSTS**
15
    BDG MEDIA, INC.; and DOES 1
16  through 10, inclusive,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

12008343.1

—————————————————————————————
               **DECLARATION OF ELEANOR M. LACKMAN**

## DECLARATION OF ELEANOR M. LACKMAN

I, Eleanor M. Lackman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner with Mitchell Silberberg & Knupp LLP, counsel for Defendant BDG Media, Inc. (hereinafter "BDG"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto under oath.

2.  On February 26, 2020, the Court granted BDG's Motion to Dismiss in this action. On March 17, 2020, the Court entered judgment in BDG's favor against Plaintiff Michael Grecco Productions, Inc. ("Grecco"). Therefore, Defendant BDG is the prevailing party pursuant to Local Rule 54.1 and is entitled to its costs under Local Rule 54-2.1. A true and correct copy of the Court's Judgment is attached hereto as **Exhibit A**.

3.  Attached as **Exhibit B** is the itemization of the reproduction of documents necessarily served and filed, specifically mandatory chambers copies. These charges were incurred internally by Mitchell Silberberg & Knupp LLP. The total fees for reproduction are $459.25. This is a taxable cost and properly recoverable pursuant to Local Rule 54-3.10.

4.  With respect to each and every item identified on the Application to the Clerk to Tax Costs, including the itemization of costs set forth in the attached exhibit to this declaration in support of the Application, I verify that (1) the items claimed as costs are correct; (2) the costs have been necessarily incurred in the defense of this action; and (3) the services for which fees have been charged were actually and necessarily performed. The total recoverable costs set forth above is $459.25.

I certify under penalty of perjury that the foregoing is true and correct. Executed in Brooklyn, New York on this 31st day of March, 2020.

*/s/Eleanor M. Lackman*

Eleanor M. Lackman

# EXHIBIT A

Case 2:19-cv-04716-AB-KS   Document 48   Filed 03/17/20   Page 1 of 2   Page ID #:458

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., | CASE NO. 2:19-cv-04716-AB-KS |
| | Honorable André Birotte Jr. |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT IN FAVOR OF DEFENDANT BDG MEDIA, INC.** |
| v. | |
| BDG MEDIA, INC.; and DOES 1 through 10, inclusive, | |
| Defendant. | |

**JUDGMENT**

**Exhibit A, Page 4**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] JUDGMENT

This Court, having granted the Motion brought by Defendant BDG Media, Inc. ("BDG") to dismiss Plaintiff Michael Grecco Productions, Inc.'s ("Plaintiff") First Amended Complaint ("FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

IT IS NOW, THEREFORE, HEREBY ORDRED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1.     Plaintiff shall recover nothing from Defendant BDG by way of his First Amended Complaint;

2.     Defendant BDG shall have judgment in its favor; and

3.     This action shall be, and hereby is, dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

DATED: March 16, 2020

_____
Hon. André Birotte Jr.
United States District Judge

2
[PROPOSED] JUDGMENT

**Exhibit A, Page 5**

# EXHIBIT B

# EXHIBIT B

## CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION OF DOCUMENTS

[L.R. 54-3.10]

| **Certification, Exemplification and Reproduction of Documents re: Grecco v. BDG Media, Inc., et al. Case No.: 2:19-CV-04716-AB KS** | | | |
|---|---|---|---|
| **Date:** | **Description:** | **Provider:** | **Amount:** |
| 07/30/19 | Mandatory chambers copies of (1) Motion to Dismiss; (2) Proposed Order; (3) Motion to Transfer; (4) Constantine Declaration in Support; (5) Proposed Order; (6) Ness Declaration in Support of Motion to Dismiss and Motion to Transfer; (7) Request for Judicial Notice | First Legal Support Services | $38.79 |
| 08/15/19 | Mandatory chambers copies of (1) Stipulation to Continue August 30, 2019 Hearing on Motion to Dismiss and Motion to Transfer; (2) Declaration of Eleanor M. Lackman in Support; (3) Proposed Order | First Legal Support Services | $39.33 |
| 8/19/19- | Mandatory chambers copies of (1) Reply in Support of Motion to Dismiss; (2) Reply in Support of Motion to Transfer Venue | First Legal Support Services | $39.33 |
| 08/26/19 | Mandatory chambers copy of Notice re Junior Counsel Conducting Argument | First Legal Support Services | $59.00 |
| 7/1/2019 – 9/30/2019 | PACER fees | PACER | $121.90 |

2

12010061.2

**Exhibit B, Page 8**

| Certification, Exemplification and Reproduction of Documents re: Grecco v. BDG Media, Inc., et al. Case No.: 2:19-CV-04716-AB KS | | | |
|---|---|---|---|
| 01/07/20 | Mandatory chambers copies of (1) Motion to Dismiss First Amended Complaint; (2) Proposed Order Granting Motion to Dismiss First Amended Complaint | First Legal Support Services | $32.18 |
| 01/27/20 | Mandatory chambers copy of Reply in Support of Motion to Dismiss | First Legal Support Services | $32.18 |
| 02/10/20 | Mandatory chambers copy of Notice of Supplemental Authority in Support of Motion to Dismiss First Amended Complaint | First Legal Support Services | $32.18 |
| 03/04/20 | Mandatory chambers copy of Notice of Lodging Proposed Judgment in Favor of Defendant | First Legal Support Services | $32.18 |
| 03/12/20 | Mandatory chambers copy of Motion for Attorney's Fees and Costs | First Legal Support Services | $32.18 |
| | | **TOTAL:** | **$459.25** |

3

12010061.2

# First Legal Support Services

# INVOICES

**Exhibit B, Page 10**

FIRST LEGAL SUPPORT-LA

```
              CONTROL#     ----------CUSTOMER NAME----------    CUST#
               4068929    Mitchell Silberberg & Knupp LLP (L)   2084


              07/30/19   DELIVERY-RUSH VEHICLE                   8:56
  1  OF:  1
-------PICKUP INFO------------    ----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL   USDC-LOS ANGELES               Base:       35.21
2049 Century Park East           350 W. 1ST STREET
18th Floor                       COURTROOM 7B
LOS ANGELES        CA  90067     LOS ANGELES       CA  90012
310 445-1081
Caller: Kimberly Stewart

 Sig: AB                                                        FuelChg:     3.58
 Time: 11:50   Date:  7/30/19
                                 **DELIVER MANDATORY
                                 CHAMBER'S COPIES TO
                                 HONORABLE JUDGE
                                 BIROTTE'S CHAMBERS           Total:       38.79
 Reference: 49909-00002          BEFORE 12PM*CALL
```

**Exhibit B, Page 11**

FIRST LEGAL SUPPORT-LA

```
         CONTROL#    -----------CUSTOMER NAME-----------  CUST#
          4088101   Mitchell Silberberg & Knupp LLP (L)   2084


         08/15/19   DELIVERY-RUSH VEHICLE                 11:42
  1  OF:  1
-------PICKUP INFO------------  ----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL  USDC FIRST STREET COURT HOUSE Base:      35.75
2049 Century Park East          350 W. 1ST STREET
18th Floor
LOS ANGELES        CA  90067    LOS ANGELES      CA  90012
310 445-1081
Caller: Kimberly Stewart
                                C#:2:19-CV-04716-ABKS
                                                         FuelChg:     3.58
Sig: AB
Time: 14:20   Date:  8/15/19    DO:1)STIP TO CONTINUE AGUGUS
                                DELIVER COURTESY COP
                                IES TO HONORABLE
                                JUDGE BIROTTE
                                                         Total:      39.33
Reference: 49909-00002
```

FIRST LEGAL SUPPORT-LA

```
              CONTROL#    -----------CUSTOMER NAME-----------   CUST#
              4090902   Mitchell Silberberg & Knupp LLP (L)    2084


              08/19/19    DELIVERY-RUSH VEHICLE                 8:46
 1  OF:  1
-------PICKUP INFO------------   ----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL  USDC-LOS ANGELES               Base:        35.75
2049 Century Park East          350 W. 1ST STREET
18th Floor                      COURTROOM 7 B
LOS ANGELES        CA  90067    LOS ANGELES       CA  90012
310 445-1081
Caller: Kimberly Stewart
                                C#:2:19-CV-047160ABKS
Sig: AB                                                        FuelChg:      3.58
Time: 11:00   Date:  8/19/19    DO:1)REPLY ISO MOTION TO DIS
                                *DELVIER MANDATORY
                                EFILED CHAMBERS
                                COPIES TO HONORABLE
                                JUDGE BIROTTE B4              Total:        39.33
Reference: 49909-00002
```

**Exhibit B, Page 13**

FIRST LEGAL SUPPORT–LA


```
            CONTROL#   ———————CUSTOMER NAME——————   CUST#
            4098701   Mitchell Silberberg & Knupp LLP (L)   2084


            08/23/19   DELIVERY–RUSH VEHICLE                18:21
 1  OF:  1
———————PICKUP INFO———————   ———————DELIVERY INFO——————
Mitchell Silberberg & Knupp LL   USDC–LOS ANGELES          Base:      53.63
2049 Century Park East           350 W. 1ST STREET
18th Floor                       COURTROOM 7 B
LOS ANGELES          CA   90067  LOS ANGELES      CA   90012
310 445–1081
Caller: Kimberly Stewart         C#:2:19–CV–04716–ABKS

Sig: AB                                                    FuelChg:    5.37
Time: 8:45   Date:  8/26/19      DO:1)NOTICE REGARDING JUNIOR
                                 *DELIVER JUDGES BIRO
                                 TTES  CHAMBERS COPIE
                                 S TO THE  COURTESY
                                 BOX LOCATED OUTSIDE       Total:     59.00
Reference: 49909–00002           COURTESY BOX OUTSIDE
```

**Exhibit B, Page 14**

FIRST LEGAL SUPPORT-LA

```
              CONTROL#    ----------CUSTOMER NAME----------    CUST#
              4245768     Mitchell Silberberg & Knupp LLP (L)  2084


              01/07/20    DELIVERY-RUSH VEHICLE                 8:42
  1  OF:  1
-------PICKUP INFO-----------    ----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL   USDC-LOS ANGELES               Base:      29.25
2049 Century Park East           350 W. 1ST STREET
18th Floor                       COURTROOM 7 B
LOS ANGELES         CA  90067    LOS ANGELES      CA   90012
310 445-1081
Caller: Kimberly Stewart         C#:2:19-CV-04716-ABKS

Sig: DELIVERED AB                                               FuelChg:    2.93
Time: 11:00  Date:  1/07/20      DO:1)MOTION TO DISMISS   2)
                                 **DELIVER COURTESY
                                 COPY TO HONORABLE
                                 JUDGE BIROTTE'S
                                 CHAMBER'S                      Total:     32.18
Reference: 49909-00002           COURTOOM 7 B
```

**Exhibit B, Page 15**

FIRST LEGAL SUPPORT-LA

```
            CONTROL#    ----------CUSTOMER NAME----------   CUST#
            4266763    Mitchell Silberberg & Knupp LLP (L)   2084


            01/27/20   DELIVERY-RUSH VEHICLE                 8:41
   1  OF:  1
 -------PICKUP INFO------------    ----------DELIVERY INFO------
 Mitchell Silberberg & Knupp LL   USDC-LOS ANGELES           Base:      29.25
 2049 Century Park East           350 W. 1ST STREET
 18th Floor                       CTRM 7B
 LOS ANGELES         CA  90067    LOS ANGELES      CA  90012
 310 445-1081
 Caller: Kimberly Stewart
                                  C#:2:19-CV-04716-AB-KS
 Sig: DELIVERED AB                                           FuelChg:    2.93
 Time: 10:55   Date:  1/27/20     DO:1)REPLY MEMO  2) REPLY DE
                                  *DELIVER MANDATORY
                                  CHAMBER'S COPIES TO
                                  HONORABLE JUDGE
                                  BIROTTE CRTM 7 B            Total:     32.18
 Reference: 49909-00002
```

**Exhibit B, Page 16**

FIRST LEGAL SUPPORT-LA

```
              CONTROL#   ----------CUSTOMER NAME----------   CUST#
              4282152    Mitchell Silberberg & Knupp LLP (L)  2084


              02/07/20   DELIVERY-RUSH VEHICLE                15:13
 1  OF:  1
-------PICKUP INFO-----------   ---------DELIVERY INFO------
Mitchell Silberberg & Knupp LL  USDC-LOS ANGELES             Base:      29.25
2049 Century Park East          350 W. 1ST STREET
18th Floor                      CTRM  7B
LOS ANGELES        CA  90067    LOS ANGELES       CA  90012
310 445-1081
Caller: Kimberly Stewart
                                C#:2:19-cv-04716-ABKS
Sig: DELIVERED AB                                            FuelChg:     2.93
Time: 8:30   Date:  2/10/20     DO:1)NOTICE OF SUPPLEMENTAL
                                *DELIVER MANDATORY
                                CHAMBERS  COPEIS TO
                                HONORABLE JUDGE
                                BIRROTTE's COURTESY          Total:      32.18
Reference: 49909-00002          BOX LOCATED
```

**Exhibit B, Page 17**

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    ------------CUSTOMER NAME-----------  CUST#
            4309438   Mitchell Silberberg & Knupp LLP (L)   2084


            03/04/20   DELIVERY-RUSH VEHICLE                8:42
 1  OF:  1
-------PICKUP INFO------------  -----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL  USDC-LOS ANGELES            Base:       29.25
2049 Century Park East          350 W. 1ST STREET
18th Floor
LOS ANGELES        CA  90067    LOS ANGELES      CA  90012
310 445-1081
Caller: Kimberly Stewart
                                C#:2:19-CV-04716-ABKS
Sig: delivered AB                                          FuelChg:     2.93
Time: 10:50   Date:  3/04/20    DO:1)NOTICE OF LODGING[PROPO
                                DELIVER MANDORY
                                CGAMBER'S COPIES TO
                                HONORABLE JUDGE
                                BIROTTE IN                  Total:      32.18
Reference: 49909-00002          COURTROOM 7 B
```

**Exhibit B, Page 18**

FIRST LEGAL SUPPORT-LA

```
           CONTROL#    ----------CUSTOMER NAME----------    CUST#
           4318577    Mitchell Silberberg & Knupp LLP (L)   2084


           03/11/20    DELIVERY-RUSH VEHICLE                 17:00
  1  OF:  1
-------PICKUP INFO-----------    ----------DELIVERY INFO------
Mitchell Silberberg & Knupp LL   USDC-LOS ANGELES            Base:      29.25
2049 Century Park East           350 W. 1ST STREET
18th Floor                       COURTROOM 7 B
LOS ANGELES          CA  90067   LOS ANGELES      CA   90012
310 445-1081
Caller: Kimberly Stewart
                                 C#:2:19-CV-04716-ABKS
Sig: DELIVERED AB                                           FuelChg:     2.93
Time: 8:30    Date:  3/12/20     DO:1)BDG MOTION FOR ATTORNEY
                                 DELVIER MANDATORY
                                 CHAMBER'S COPIES TO
                                 HONORABLE JUDGE
                                 ANDRE BIROTTE JR.          Total:      32.18
Reference: 49909-00002           (COURTROOM 7 B)
```

**Exhibit B, Page 19**