ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
BDG Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-04716-AB-KS<br><br>Honorable André Birotte Jr.<br><br>**REPLY DECLARATION OF ELEANOR M. LACKMAN IN FURTHER SUPPORT OF BDG MEDIA INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505** |

## REPLY DECLARATION OF ELEANOR M. LACKMAN

I, ELEANOR M. LACKMAN declare as follows:

1. I am a partner with Mitchell Silberberg & Knupp LLP ("MSK"), counsel for Defendant BDG Media, Inc. ("BDG"). I served as lead counsel for BDG at all relevant times, and I submit this reply declaration in further support of BDG's motion for attorneys' fees and costs sought pursuant to 17 U.S.C. § 505. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto under oath.

2. BDG seeks to recover $29,454.58 and $40,724.18, for the total amount of $70,178.76, in additional attorneys' fees and costs reasonably incurred in order to defend this action between February and March 2020. These attorneys' fees are associated, with, *inter alia*, Grecco's unsupported *ex parte* application, to which BDG successfully objected, and BDG's motion for attorneys' fees and costs and supporting papers. Specifically, these fees include: (i) assessing Grecco's *ex parte* application to stay the motion for attorneys' fees and costs; (ii) preparing BDG's opposition and supporting documentation to the *ex parte* application; (iii) reviewing Grecco's opposition to the motion for attorneys' fees and costs and preparing its reply brief in further support of BDG's motion for attorneys' fees and costs.

3. Attached hereto as **Exhibit A** are true and correct copies of invoices that MSK sent to BDG in connection with this matter. These invoices (two in total) reflect time billed on this matter from February 4, 2020 through March 31, 2020.[1]

4. The hourly rates and professional backgrounds for each attorney and paralegal performed legal services for BDG in this case are provided in my

---

[1] Non-public client contact information and certain banking numbers were redacted from the invoices. As noted in my prior declaration, BDG will submit them for *in camera inspection*, should the Court wish to review the unredacted portions.

Mitchell Silberberg & Knupp LLP

12010687.2

2
**REPLY DECLARATION OF ELEANOR LACKMAN**

Declaration submitted in support of BDG's Motion for Attorneys' Fees and Costs. ECF. No. 47-1. Respecting judicial efficiency and economy, I do not repeat this information here. However, as before, I reviewed the bills and made reductions consistent with the nature of reductions made previously.

I certify under penalty of perjury that the foregoing is true and correct. Executed in Brooklyn, New York on this 3rd day of April, 2020.

                                              */s/ Eleanor M. Lackman*
                                                     Eleanor M. Lackman

# EXHIBIT A



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.
███████
315 Park Avenue South
New York, NY 10010
███████
███████

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020

**LEGAL SERVICES RENDERED** through February 29, 2020

| | | |
|---|---|---:|
| Re: | Michael Grecco Productions | 3,949.50 |
| | Disbursements and charges per attached | 46.65 |
| | | 3,996.15 |

Subtotal - current charges: 3,996.15

Prior balance due: 25,458.43

TOTAL DUE: $29,454.58

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538

**Exhibit A, Page 5**



BDG Media, Inc.
315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020
Page 2

**Michael Grecco Productions**

**Fees through February 29, 2020:**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/04/20 | Review prior pleading, court order, and motion to dismiss papers to prepare for hearing (1.2) | B. MULLINS | 1.20 | 780.00 |
| 02/05/20 | Review Grecco statute of limitations decision for hearing (0.1) | B. MULLINS | 0.10 | 65.00 |
| 02/06/20 | Correspond with MSK legal team regarding Grecco v. Ziff Davis decision (0.3); start drafting notice of supplemental authority (0.5). | A. GASANBEKOVA | 0.80 | 340.00 |
| 02/06/20 | Prepare for hearing on motion to dismiss (0.3); confer with K. Pagnanelli regarding strategy for supplemental authority (0.1); email with E. Lackman regarding hearing continuance/notice of supplemental authority (0.1) | B. MULLINS | 0.50 | 325.00 |
| 02/07/20 | Draft and finalize notice of supplemental authority for filing. | A. GASANBEKOVA | 3.70 | 1,572.50 |
| 02/07/20 | Emails with Albina and E. Lackman regarding notice of supplemental authority (0.2); revise notice of supplemental authority (0.3); review Ziff docket and related filings (0.1); coordinate filing of notice of supplemental authority (0.1) | B. MULLINS | 0.70 | 455.00 |

**Exhibit A, Page 6**



BDG Media, Inc.

315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020
Page 3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/26/20 | Correspond with MSK legal team re: Judge's order and review and analyze the order granting motion to dismiss. | A. GASANBEKOVA | 0.30 | 127.50 |
| 02/26/20 | Review and report on opinion on motion to dismiss. | E LACKMAN | 0.40 | 242.00 |
| 02/27/20 | Correspond with E. Lackman re: motion for fees. | A. GASANBEKOVA | 0.10 | 42.50 |

Total Fees: $3,949.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| B. MULLINS | 2.50 hours at | $650.00 = | 1,625.00 |
| E LACKMAN | 0.40 hours at | $605.00 = | 242.00 |
| A. GASANBEKOVA | 4.90 hours at | $425.00 = | 2,082.50 |
| SUMMARY TOTALS | 7.80 | | 3,949.50 |

Costs Advanced and In-House Services:

| Date | Description | Amount |
|---|---|---|
| 01/03/20 | Ground Transportation - GASANBEKOVA, A. - 01/03/20 - Lyft home after working late on brief | 30.40 |
| 02/29/20 | Word Processing | 16.25 |

Total Costs: $46.65

Total Fees & Costs: $3,996.15

**Exhibit A, Page 7**



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.
[redacted]
315 Park Avenue South
New York, NY 10010
[redacted]

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000   Fax: (310) 312-3100   TIN: 95-1883538

**Exhibit A, Page 8**



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.



315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 3,949.50 |
| Current Disbursements: | 46.65 |
| **Total Current Charges - This Invoice:** | **$3,996.15** |
| Prior balance due: | 25,458.43 |
| TOTAL DUE: | $29,454.58 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067



*** Please Include Invoice Number with Payment ***

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538

**Exhibit A, Page 9**



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.

315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-2
Invoice: 412107

March 18, 2020

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538

**Exhibit A, Page 10**



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.  
315 Park Avenue South  
New York, NY 10010

Atty No.: 00750  
Client ID: 49909-00002  
Invoice: 412990

April 2, 2020

**LEGAL SERVICES RENDERED** through March 30, 2020

| | | |
|---|---|---:|
| Re: | Michael Grecco Productions | 40,692.00 |
| | Disbursements and charges per attached | 32.18 |
| | | 40,724.18 |

Subtotal - current charges: 40,724.18

Prior balance due:

2049 Century Park East, 18th Floor, Los Angeles, California 90067  
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538

**Exhibit A, Page 11**



BDG Media, Inc.
███████
315 Park Avenue South
New York, NY 10010
███████

Atty No.: 00750
Client ID: 49909-00002
Invoice: 412990

April 2, 2020
Page 2

### Michael Grecco Productions

**Fees through March 30, 2020:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/02/20 | Draft proposed judgment (0.1); email with E. Lackman regarding same (0.1) | B. MULLINS | 0.20 | 130.00 |
| 03/02/20 | Conference with R. Carreon; advise client; provide direction for fees motion; review bills for fees motion; review draft of judgment. | E LACKMAN | 1.20 | 726.00 |
| 03/05/20 | Draft motion for attorneys' fees and costs. | A. GASANBEKOVA | 4.20 | 1,785.00 |
| 03/06/20 | Draft motion for attorneys' fees and costs and conduct various legal research for same. | A. GASANBEKOVA | 6.80 | 2,890.00 |
| 03/07/20 | Draft declaration in support of motion for attorneys' fees and costs. | A. GASANBEKOVA | 2.80 | 1,190.00 |
| 03/08/20 | Draft and revise motion for fees and costs and conduct legal research for same. | A. GASANBEKOVA | 3.70 | 1,572.50 |
| 03/09/20 | Finalize motion for fees and costs and correspond with Eleanor Lackman re: same (2.8); email to client (0.1); coordinate with staff members re: admin tasks for motion for attorneys' fees and costs (.4); review invoices and revise motion for fees (.5). | A. GASANBEKOVA | 3.80 | 1,615.00 |
| 03/09/20 | Review and comment on draft papers in support of fees motion for client review. | E LACKMAN | 0.70 | 423.50 |

**Exhibit A, Page 12**



BDG Media, Inc.

315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-00002
Invoice: 412990

April 2, 2020
Page 3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/09/20 | Research re American Intellectual Property Law Association Survey Report of the Economic Survey 2019 (Gasanbekova) | J. FURGINSON | 0.30 | 63.00 |
| 03/10/20 | Review and analyze E. Lackman's comments and edits and finalize motion for fees and supporting declaration (4.5); coordinate with paralegal re: exhibits and redactions (.3). | A. GASANBEKOVA | 4.80 | 2,040.00 |
| 03/10/20 | Redact personal information from invoices (.4) | D. KNISS | 0.40 | 94.00 |
| 03/10/20 | Review and revise/supplement memo of law and declaration in support of fees motion. | E LACKMAN | 3.00 | 1,815.00 |
| 03/11/20 | Coordinate filing of motion for fees and costs and supporting papers. | A. GASANBEKOVA | 2.00 | 850.00 |
| 03/11/20 | Proof and cite cite motion and declaration for fees and costs (4.8) | D. KNISS | 4.80 | 1,128.00 |
| 03/16/20 | Correspond with E. Lackman re: adjustments to attorneys' fees request in Reply. | A. GASANBEKOVA | 0.10 | 42.50 |
| 03/19/20 | Review and analyze notice of appeal (.1); research legal standard concerning an application for stay and review and analyze Plaintiff's ex parte application to stay (1.5) | A. GASANBEKOVA | 1.60 | 680.00 |

**Exhibit A, Page 13**



| BDG Media, Inc. | | | Atty No.: 00750 |
|---|---|---|---|
| 315 Park Avenue South | | | Client ID: 49909-00002 |
| New York, NY 10010 | | | Invoice: 412990 |
| | | | April 2, 2020 |
| | | | Page 4 |

| | | | | |
|---|---|---|---|---|
| 03/19/20 | Review ex parte papers (0.1); review judge's rules regarding ex parte papers (0.1); email with E. Lackman and A. Gasangenkova regarding ex parte (0.1) | B. MULLINS | 0.30 | 195.00 |
| 03/20/20 | Draft and finalize for filing Opposition and supporting declaration to Plaintiff's Ex Parte Application. | A. GASANBEKOVA | 5.80 | 2,465.00 |
| 03/20/20 | Revise opposition to ex parte motion to stay (0.8); legal research to support ex parte opposition (0.4) | B. MULLINS | 1.80 | 1,170.00 |
| 03/20/20 | Review stay papers; outline opposition; review and revise opposition papers. | E LACKMAN | 1.50 | 907.50 |
| 03/24/20 | Review and analyze Court Order denying ex parte application and correspond with MSK legal team re: same. | A. GASANBEKOVA | 0.30 | 127.50 |
| 03/24/20 | Email with A. Gasanbekova regarding opposition/reply brief filing date issues (0.1) | B. MULLINS | 0.10 | 65.00 |
| 03/25/20 | Correspond with E. Lackman to discuss strategy for Reply brief (1.1); read and analyze Opposition to Motion for Attorneys Fees (.6). | A. GASANBEKOVA | 1.70 | 722.50 |
| 03/25/20 | Read and analyze cases cited in Opposition to Motion for Attorneys Fees (1.2); start drafting Reply brief (2.0). | A. GASANBEKOVA | 3.20 | 1,360.00 |

**Exhibit A, Page 14**



BDG Media, Inc.  
█████████  
315 Park Avenue South  
New York, NY 10010  
█████████

Atty No.: 00750  
Client ID: 49909-00002  
Invoice: 412990

April 2, 2020  
Page 5

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/25/20 | Revise stipulation and proposed order regarding time to reply to fees motion (0.3); emails with R. Carreon regarding stipulation (0.1); further revise stipulation (0.1); coordinate filing of stipulation and proposed order (0.1) | B. MULLINS | 0.60 | 390.00 |
| 03/25/20 | Emails with E. Lackman and A. Gasanbekova regarding fees motion opposition and timing of reply (0.2) | B. MULLINS | 0.20 | 130.00 |
| 03/25/20 | Review and outline reply arguments in response to fees opposition brief. | E LACKMAN | 1.40 | 847.00 |
| 03/26/20 | Draft Reply brief. | A. GASANBEKOVA | 5.80 | 2,465.00 |
| 03/27/20 | Draft Reply brief in support of motion for attorneys' fees (5.4); research and analyze relevant case law for Reply (3.2); review emails from E. Lackman regarding strategy for Reply arguments and prepare response. (.4). | A. GASANBEKOVA | 9.00 | 3,825.00 |
| 03/28/20 | Finalize draft Reply brief for review (6.0); circulate to MSK legal team along with comments (.4). | A. GASANBEKOVA | 6.40 | 2,720.00 |
| 03/29/20 | Revise reply in support of motion for attorneys' fees (2.6) | B. MULLINS | 2.60 | 1,690.00 |

**Exhibit A, Page 15**



BDG Media, Inc.

315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-00002
Invoice: 412990

April 2, 2020
Page 6

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/30/20 | Review edits by B. Mullins and E. Lackman and revise Reply brief (1.4); correspond with E. Lackman and B. Mullins re: revisions and supplemental invoices (.4); research legal issues and procedure related to application to the clerk to tax costs and review sample applications (1.8) correspond with MSK legal team regarding applications for costs (.6); draft declaration in support application of costs (.9) | A. GASANBEKOVA | 4.90 | 2,082.50 |
| 03/30/20 | Revise reply in support of motion for attorneys' fees (2.5); coordinate final review of reply review (0.2); email with Bustle regarding reply (0.1) | B. MULLINS | 2.80 | 1,820.00 |
| 03/30/20 | Review and revise reply brief and draft comments for follow up points. | E LACKMAN | 1.10 | 665.50 |

Total Fees: $40,692.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| B. MULLINS | 8.60 | hours at | $650.00 | = | 5,590.00 |
| E LACKMAN | 8.90 | hours at | $605.00 | = | 5,384.50 |
| A. GASANBEKOVA | 66.90 | hours at | $425.00 | = | 28,432.50 |
| D. KNISS | 5.20 | hours at | $235.00 | = | 1,222.00 |
| J. FURGINSON | 0.30 | hours at | $210.00 | = | 63.00 |
| SUMMARY TOTALS | 89.90 | | | | 40,692.00 |

**Exhibit A, Page 16**

msk

BDG Media, Inc.     Atty No.: 00750
    Client ID: 49909-00002
315 Park Avenue South     Invoice: 412990
New York, NY 10010

April 2, 2020
Page 7

**Costs Advanced and In-House Services:**

| 03/04/20 | Messenger Service/First Legal Network - USDC Los Angeles, 02/07/20 | 32.18 |

| | Total Costs: | $32.18 |

| | Total Fees & Costs: | $40,724.18 |

**Exhibit A, Page 17**



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BDG Media, Inc.

315 Park Avenue South
New York, NY 10010

Atty No.: 00750
Client ID: 49909-00002
Invoice: 412990

April 2, 2020

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 40,692.00 |
| Current Disbursements: | 32.18 |
| **Total Current Charges - This Invoice:** | **$40,724.18** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067



**\*\*\* Please Include Invoice Number with Payment \*\*\***

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____