Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8358
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
MICHAEL GRECCO PRODUCTIONS, INC.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BDG MEDIA, INC., and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:19-cv-04716-AB-KS <br><br> **ORDER *DENYING* REQUEST FOR ADR PROCEDURE NO. 1** |

The parties state a preference for settlement proceedings before a magistrate judge. The Court seldom authorizes settlement proceedings before the magistrate judge for private parties capable of paying for private mediation. Thus, the Court ordered private mediation. The Court would *consider* ordering the parties to the magistrate judge where doing so is genuinely more likely to result in settlement. Should the parties believe this case is more likely to settle if they appear before the magistrate judge, they are welcome to file a Stipulation explaining their reasoning along with a Proposed Order for the Court's consideration. **SO ORDERED.**

DATED: August 16, 2021

_____
Hon. André Birotte Jr
United States District Judge

1