UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-4716-AB-KS                                              Date: October 25, 2021

Title   *Michael Grecco Productions, Inc. v. BDG Media Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR-10/25/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Stephen M. Doniger
Kelsey Marie Schultz

Attorneys Present for Defendants:
Bradley J Mullins
Alvena Gafanbdkova

**Proceedings:   MINUTES OF TELECONFERENCE
RE: DISCOVERY DISPUTE**

Case called. The parties stated their appearances. The Court held a teleconference with counsel for Plaintiff, Michael Grecco Productions, Inc**.**, and Defendants BDG Media Inc. et al. regarding a discovery dispute concerning Plaintiff's objections to Defendants' Requests for Production ("RFPs")  Nos. 8, 10 and 11.

Plaintiff contends that these requests seek information that is neither relevant nor proportionate to the needs of the case and exceeds the scope of limited initial discovery concerning the statute of limitations. Defendant responds that the information sought is specifically directed at the statute of limitations defense. After further discussion, the Court ordered each party to file a Letter Brief of no more than five (5) pages **on or before  Monday, November 1, 2021** providing supporting authority  for their positions as to RFP Nos. No. 8, 10, and 11. Defendants are to attach the relevant requests and responses received.
A follow-up telephonic conference is scheduled for Wednesday, November 3, 2021 at 9:00 a.m. The hearing will be held telephonically, and the Courtroom Deputy Clerk will provide the call-in information.

IT IS SO ORDERED.

: 25 mins
**Initials of Preparer**   gr