Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04716-AB-KS<br>*Hon. André Birotte, Jr. Presiding*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Michael Grecco Productions, Inc., on the one hand, and Defendant BDG Media, Inc., on the other, hereby stipulate as follows:

1. The entire action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO STIPULATED.

Date: February 17, 2022     By:    */s/ Stephen M Doniger*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

DATE: February 17, 2022     By:    */s/ Eleanor M. Lackman*
Eleanor M. Lackman
Bradley J. Mullins
MITCHELL SILBERBERG & KNUPP LLP
Attorneys for Defendant