1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04716-AB-KS<br><u>Hon. André Birotte, Jr. Presiding</u><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

[PROPOSED] ORDER

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: _____, 2022        By: _____
                                      HON. ANDRÉ BIROTTE, JR.
                                      UNITED STATES DISTRICT JUDGE