JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04716-AB-KS<br>*Hon. André Birotte, Jr. Presiding*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the parties' Stipulation, the Court **ORDERS**

1. The action is **dismissed with prejudice**; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February 22, 2022    By: _____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE